NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

| | | |
|---|---|---|
| BRIAN BEVAN, JANE BEVAN, and LISA BEVAN, | ) ) ) | |
| Appellants, | ) ) | |
| v. | ) ) | Case No. 2D17-4147 |
| ESTATE OF GLENN JOHN LIGNAU; and WILLY LIGNAU, individually and as personal representative of the Estate of Glenn John Lignau, | ) ) ) ) ) ) | |
| Appellees. | ) ) | |

Opinion filed December 7, 2018.

Appeal from the Circuit Court for
Charlotte County; Lisa Porter, Judge.

Brian Bevan, Jane Bevan, and Lisa
Bevan, pro se.

Bryan S. Kessler of Berg & Kessler,
Venice, for Appellee Willy Lignau,
individually.

No appearance for remaining
Appellees.


PER CURIAM.

      Affirmed.


CASANUEVA, BADALAMENTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.